# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br><br>CHRISTIAN RODOLFO SANCHEZ VALENZUELA,<br><br>　　　　Defendant. | Case No. 3:21-cr-0019-JLS-1<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE |

　　Pursuant to joint motion, **IT IS HEREBY ORDERED,** that the Motion Hearing/Trial Setting date, for the above captioned case, currently set on May 7, 2021 at 1:30 p.m., be continued to June 18, 2021 at 1:30 p.m.

　　The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-A.

　　IT IS SO ORDERED.
Dated:  May 5, 2021

　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　United States District Judge