# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CHRISTIAN RODOLFO SANCHEZ VALENZUELA,<br><br>    Defendant. | Case No. 3:21-cr-0019-JLS-1<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE |

Pursuant to Joint Motion, **IT IS HEREBY ORDERED**, that the Motion Hearing/Trial Setting date, for the above captioned case, currently set on August 27, 2021 at 1:30 p.m., be continued to October 1, 2021 at 1:30 p.m.

The Court finds the delay attributable to the continuance to be excludable pursuant to 18 U.S.C. § 3161(h)(1)(D) and in the interest of justice for the reasons set forth in the Order of the Chief Judge No. 63-D.

IT IS SO ORDERED.

Dated: August 25, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

1