# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
# HONORABLE JANIS L. SAMMARTINO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>CHRISTIAN RODOLFO SANCHEZ VALENZUELA,<br><br>　　　　Defendant. | Case No. 3:21-cr-0019-JLS-1<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING DATE** |

　　　Pursuant to joint motion and good cause appearing, **IT IS HEREBY ORDERED** that the Motion Hearing/Trial Setting date for the above captioned case, currently set on October 1, 2021 at 1:30 p.m., be continued to November 12, 2021 at 1:30 p.m.

　　　For reasons stated in paragraph 3 of the Joint Motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial. The Court further finds that counsel need reasonable time for effective preparation. The Court has considered the parties' exercise of due diligence in making this determination. Accordingly, The Court finds this period of delay be excluded in computing the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

　　　**IT IS SO ORDERED.**

Dated:  September 29, 2021

　　　　　　　　　　　　　　　　　　　　　/s/ Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1